# MILLS LAW GROUP LLP

Attorneys at Law
800 Connecticut Avenue N.W., Suite 300
Washington, D.C. 20006

21 March 2023

**Timothy B. Mills**
**Managing Partner**
(202) 457-8090 (office)
timothy.mills@mills-lawgrp.com

**BY ECF**

Clerk of the Court
U.S. Court of Appeals for the Second Circuit:
ATTN: Ms. Priscilla Maldonado, Deputy Clerk
40 Foley Square
New York, NY 10007

**Subject:** *Smith v. The Islamic Emirate of Afghanistan* **(Appeal No. 23-304) – Mills Law Group LLP Notice and Request for Administrative Correction of Erroneous Docketing of Republic of Iraq as Appellee**

TO THE CLERK OF THE COURT:

Mills Law Group LLP (the "Firm") and attorney Timothy B. Mills (the Firm's managing partner) ("Attorney Mills") respectfully gives notice ("Notice") of the erroneous docketing of the Republic of Iraq ("Iraq") as an appellee in the above-referenced appeal (the "Appeal") and requests administrative correction of the docket to remove the erroneous docketing of Iraq (and Iraq's counsel Mills Law Group, through Attorney Mills) as a party to the Appeal.

In support of this Notice and request, Attorney Mills and the Firm, as counsel for Iraq, state the following:

1. As stated *infra*, Iraq is not a party to the Appeal. Appellants Raymond Anthony Smith *et al.* have appealed "the judgment entered by the Honorable George B. Daniels on 21 February 2023 (ECF No. 8866 in 03- md-1570; ECF No. 101 in 01-cv-10132) (the "Judgment"), and all other orders that are merged into that final order or that are otherwise appealable.' *See* Notice of Appeal [Document No. 1-2]. In sum, the subject matter of the Judgment is the District Court's denial of Appellants' motion for turnover of assets held by the Federal Reserve Bank of New York in the name of Da Afghanistan Bank (and related motions). *See* Judgment (ECF No. 8866 in 03- md-1570; ECF No. 101 in 01-cv-10132). *See also* Appellants' Motion to Consolidate Appeals [Document No. 37, dated Mar. 20, 2023] at 2: "Each of the appeals [inclusive of Appeal No. 23-304] arises out of the same February 21, 2023 order entered by the Honorable George B.

Clerk of the Court, U.S. Court of Appeals for the Second Circuit
ATTN: Ms. Priscilla Maldonado, Deputy Clerk
Re:  *Smith v. The Islamic Emirate of Afghanistan* (Appeal No. 23-304) –
      Request/Motion for Administrative Correction of Erroneous Docketing of Republic of Iraq as Appellee
Page 2

Daniels, which denied the appellants' motions to enforce terrorism judgments they held against the Taliban." *Simply put, the Judgment that is the subject of the Appeal is not against Iraq.*

    2.    Instead, the parties to the Appeal are:

    A.    Appellant Raymond Anthony Smith *et al.*, represented in both the District Court and this Court by The Beasley Law Firm LLC (attorney Dion Rassias, lead counsel); and

    B.    Appellee Federal Reserve Bank of New York ("FRB New York"), represented in this Court by FRB New York in-house counsel Katherine Landy.

*See* Appellants' Motion to Consolidate Appeals, Motion Information Sheet (Document No. 37) at 1.

Accordingly, the Court Clerk should: (1) take cognizance of the Notice and grant Iraq's request for such administrative correction of the docket; (2) correct the docket by deleting any reference to Iraq as a party to the Appeal; and (3) then give written notice to Iraq (through counsel) that the Court Clerk has taken such actions.

Respectfully submitted,

**/s/ Timothy B. Mills**
Mills Law Group LLP
800 Connecticut Avenue N.W., Suite 300
Washington, DC 20006
*Counsel for the Republic of Iraq*

Cc: (by email and ECF):
*Appellants' Counsel:*
Dion G. Rassias
The Beasley Law Firm LLC
1125 Walnut Street
Philadelphia, PA 19107
Email: dr1@beasleyfirm.com

Cc: (by email):
*Appellee's Counsel:*
Katherine Landy
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
Email: katherine.landy@ny.frb.org